UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KEITH ABDUL JENNINGS, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Cause No.: 3:09-CV-427RM |
| ) | (arising out of 3:06-CR-71(01)RM) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent ) | |

OPINION AND ORDER

Petitioner, Keith Jennings, filed a notice of appeal in May 2011 challenging the denial of his motion to vacate his sentence under 28 U.S.C. § 2255. The court construed the notice as a motion for leave to proceed *in forma pauperis* on appeal and a certificate of appealability, and denied both on June 6, 2011. [Doc. No. 100]. Mr. Jennings filed a second "amended" notice of appeal on July 8, challenging the denial of the certificate of appealability, together with a motion to reconsider the court's order of June 6, 2011 and a motion to appeal *in forma pauperis,* but has provided no further reason to grant the relief he seeks. Accordingly, the motion to reconsider and the motion for leave to appeal *in forma pauperis* [Doc. Nos. 10 and 12 in 3:09-CV-427][Doc. Nos. 109 and 110 in 3:06-CR-71] are DENIED.

SO ORDERED.

ENTERED: July 18, 2011

/s/ Robert L. Miller, Jr.
Judge
United States District Court


cc: K. Jennings
    D. Jones
    R. Truitt
    W. Grimmer/J. Maciejczyk